

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-14-00303-CR

Santos **GUEVARA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5336
Honorable N. Keith Williams, Judge Presiding

# O R D E R

We **grant** appellant's motion to suspend the e-filing requirement in this case. Accordingly, appellant's counsel is not required to e-file motions or briefs.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court